IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ZEVON McCARTER, )
)
    Plaintiff, )
)
v. ) CIVIL ACTION NO. 11-00096-KD-N
)
CHRISTOPHER KNIGHT, et al., )
)
    Defendants. )

**ORDER**

This action is before the undersigned on several motions filed by the Plaintiff: (1) a motion (doc. 16) for a "summons" for each of the defendants; (2) a motion (doc. 17) for a "case update and docket sheet"; (3) a motion (doc. 18) for an order appointing an investigator. Upon consideration of these matters, it is **ORDERED** as follows:

1. Plaintiff's motion (doc. 16) for a "summons" is hereby **DENIED**. The Court will direct service at such time as it completes the screening discussed in the Court's Order dated March 22, 2011 (doc. 10). Specifically, he Court is required to screen Plaintiff's action pursuant to 28 U.S.C. § 1915(e)(2)(B) to determine if the complaint should be dismissed because it is frivolous, fails to state a claim upon which relief can be granted, or seeks monetary relief against a person immune from such relief. Troville v. Venz, 303 F.3d 1256, 1260 (11th Cir. 2002)(affirming the application of 28 U.S.C. 1915(e)(2)(B) to a non-prisoner's complaint).

2. Plaintiff's motion (doc. 17) for a "case update and docket sheet" is hereby **GRANTED** in that the Clerk is directed to mail a copy of the docket sheet to the plaintiff.

3. Plaintiff's motion (doc. 18) for an order appointing an investigator is hereby **DENIED**. Plaintiff is not entitled to such assistance, particularly at this juncture.

**DONE** this  29rd  day of June, 2011.

/s/Katherine P. Nelson
KATHERINE P. NELSON
UNITED STATES MAGISTRATE JUDGE